**650**

No. —, original. Ex parte Jesse C. Duke. November 15, 1937. The motion for leave to file a petition for writ of mandamus is denied.

No. 229. Duke v. United States. November 15, 1937. Motion for leave to file affidavit as to bias and prejudice. *Per Curiam:* Upon consideration of the affidavit attached to the motion, the motion is denied.

No. 229. Duke v. United States. November 15, 1937. The petition to set aside the orders of the Court denying petition for writ of certiorari and petition for rehearing is denied. The motion for reconsideration of the motion to stay the order denying petition for writ of certiorari and the order denying petition for rehearing is denied.

Nos. 353 and 354. Ryan et al. v. Newfield; and No. 355. Florida Tex Oil Co. et al. v. Ballentine. November 15, 1937. The motion for leave to file a second petition for rehearing and suggestion of disqualification is denied.

No. 31. Vogt, Sheriff, v. Murphy. November 17, 1937. Ennis J. Kenney, present Sheriff of Kenton County, substituted as the party petitioner in place of Louis Vogt, resigned, on motion of *Mr. D. M. Outcalt* for the petitioner. See 301 U. S. 677.

No. 45. Phillips-Jones Corp. et al. v. Parmley et al. November 19, 1937. Lottie E. Parmley, Executrix of the Estate of C. S. Parmley, substituted as a party